NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

Miscellaneous Docket No. 901

IN RE GENENTECH, INC. and BIOGEN IDEC INC.,

Petitioners.

On Writ of Mandamus from the United States District Court for the Eastern District of Texas in case no. 9:08-CV-00203, Judge Ron Clark.

ON PETITION FOR WRIT OF MANDAMUS

Before LINN, Circuit Judge.

ORDER

Genentech, Inc. and Biogen Idec Inc. submit a petition for a writ of mandamus to direct the United States District Court for the Eastern District of Texas to vacate its March 19, 2009 order denying the petitioners' motion to transfer venue, and to direct the Texas district court to transfer the case to the United States District Court for the Northern District of California.

Upon consideration thereof,

IT IS ORDERED THAT:

Sanofi-Aventis Deutschland GmbH is directed to respond no later than April 21, 2009.

APR  7 2009
_____
Date

cc:  Donald R. Ware, Esq.
Charles K. Verhoeven, Esq.
Paul H. Berghoff, Esq.
s19

FOR THE COURT

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 07 2009

JAN HORBALY
CLERK